IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00256-DB |
| | ) | |
| Plaintiff, | ) | **ORDER TO DISMISS** |
| | ) | |
| v. | ) | |
| | ) | |
| MARISTOL R. SCHUSTER, | ) | DATE:  September 13, 2022 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Deborah Barnes |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:22-po-00256-DB is **GRANTED**.

IT IS SO ORDERED.

Dated:  November 2, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE